UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-22333-CIV-LENARD/WHITE

**RODNEY THOMAS,**

 Plaintiff,

v.

**GISELA PICHARDO, et al.,**

 Defendants.
_____/

<u>**ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE
JUDGE (D.E. 102)**</u>

**THIS CAUSE** is before the Court on the Report of Magistrate Judge Patrick A. White ("Report," D.E. 102), issued on June 2, 2010, recommending the Court: (1) grant Defendants Pichardo, Johnston, and Martell's joint Motion for Summary Judgment ("Motion," D.E. 78) on Plaintiff's claims of First Amendment retaliation and related conspiracy as to all defendants; (2) dismiss all claims against Defendants Pichardo, Johnston, Rosado, Martell, Balmir, Moles, Beck, Lafond, Perkins, Tate, and the John Doe defendants, for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii); and (3) the case remain pending solely against Defendant Dora Jurado, the ECI Food Service Director, on the claim that from June 13, 2008, to October 24, 2008, and again from February 20, 2009, to March 27, 2009, she failed to provide Plaintiff with his medically-prescribed diet. The Report provided Plaintiff with the opportunity to file objections. On June 11, 2010, Plaintiff filed a motion requesting an extension of time to file his objections to the

Report. (See D.E. 105.) On June 13, 2010, the Court granted Plaintiff's motion and provided Plaintiff until July 12, 2010, to file his objections to the Report. (See D.E. 106.) However, as of the date of this Order, Plaintiff has failed to file any objections to the Report. Failure to file timely objections shall bar the parties from attacking on appeal the factual findings contained in the report. See Resolution Trust Corp. v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993). Based on a review of the Magistrate Judge's Report, the Motion, the related pleadings, and the record, it is hereby **ORDERED AND ADJUDGED** that:

1. The Report and Recommendation of Magistrate Judge Patrick A. White (D.E. 102), issued on June 2, 2010, is **ADOPTED**;

2. Consistent with the Report and this Order, Defendants Pichardo, Johnston, and Martell's Motion for Summary Judgment (D.E. 78), filed on November 30, 2009, is **GRANTED**;

3. Pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), all claims against Defendants Pichardo, Johnston, Rosado, Martell, Balmir, Moles, Beck, Lafond, Perkins, Tate, and the John Doe defendants, are **DISMISSED**;

4. The case remains pending solely against Defendant Dora Jurado, the ECI Food Service Director, on the claim that from June 13, 2008, to October 24, 2008, and again from February 20, 2009, to March 27, 2009, she failed to provide Plaintiff with his medically-prescribed diet.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 3rd day of August, 2010.

/s/ Joan A. Lenard
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**